UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. **CR 94-53-KAJ** |
| vs. ) | |
| ) | |
| **GLENNY COLEMAN, III** ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **23ʳᴰ** day of **MARCH**, 2006, ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Kent A. Jordan
United States District Judge

cc: Federal Public Defender
   704 King Street
   First Federal Plaza, Suite 110
   Wilmington, DE 19801
   (302) 573-6010

   Defendant
   United States Attorney