IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 94-53-KAJ |
| GLENNY COLEMAN, III, | : | |
| Defendant. | : | |

## MOTION AND ORDER TO UNSEAL

The United States of America, by and through its undersigned attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, hereby moves this Honorable Court to unseal the Petition on Probation and Supervised Release, arrest warrant, and related file.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: March 23, 2006

**IT IS SO ORDERED** this 23rd day of March, 2006.

/s/ Kent A. Jordan
HONORABLE KENT A. JORDAN
United States District Judge