IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 94-53-KAJ |
| GLENNY COLEMAN, | : | |
| Defendant. | : | |

## MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, Glenny Coleman, pursuant to 18 U.S.C. § ~~3143(a)~~ 3583(e)(3) BM-S and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of supervised release petition. In support of the motion, the United States alleges that the defendant poses a risk of flight and cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to flee if released.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: March 23, 2006