AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

**GLENNY COLEMAN, III**

**WARRANT FOR ARREST**

Case Number:  1:94CR00053-001 KAJ

Unsealed

~~SEALED~~ 3/23/06

FILED 2006 MAR 22 AM 11:20 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **GLENNY COLEMAN, III** _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation   x Probation Violation Petition

charging him or her   (brief description of offense)

VIOLATION OF SUPERVISED RELEASE CONDITIONS:
Re: USC Sections: 18:371; 18:1344; 18:1029(a)(2); 42:408(a)(7)(B)

FILED MAR 28 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

in violation of _____ Title 21 _____ United States Code, Section(s) _____ 841(a) _____

Peter T. Dalleo
Name of Issuing Officer

Robert W. Cruikshank, Deputy Clerk
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

3/22/06 at Wilmington, Delaware
Date and Location

Bail fixed at $ _____ by _____
                                     Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

Glenny Coleman

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-22-06 | William David, USMS | William David |
| DATE OF ARREST 3-23-06 | | |