# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
F.R.Cr.P. 32.1

__Glenny Coleman, III__
Defendant

Case Number: CR 94-53 KAJ

Upon motion of the **Government**, it is ORDERED that a

**Revocation Hearing** is set for ___TBD___ * at ___TBD___
                                    Date              Time

before __Honorable Kent A. Jordan U.S. District Judge__
         Name of Judicial Officer

__844 King St., Wilmington, DE 19802 Courtroom #6A, 6th Floor__
         Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                                                                 Other Custodial Official

and produced for the hearing.

__March 30, 2006__                                      __[signature]__
         Date                                             Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.