IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 94-53 KAJ |
| GLENNY COLEMAN, III, | ) |
| Defendant. | ) |

### ORDER

WHEREAS, a Petition alleging violation of supervised release was issued on March 22, 2006;

IT IS HEREBY ORDERED this 3rd day of April, 2006, that Defendant's hearing on the Petition for Revocation of Supervised Release will be held on **April 11, 2006, at 10:00 a.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware