IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 94-53 KAJ |
| GLENNY COLEMAN, III, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The court, having considered the request of counsel for the defendant's request for a continuance of the revocation hearing, and the government's objection thereto,

IT IS HEREBY ORDERED this 11th day of April, 2006, that Defendant's revocation of supervised release hearing is rescheduled from April 11, 2006, at 10:00 a.m., to **June 1, 2006, at 9:30 a.m.** in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE