IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 94-53-KAJ |
| GLENNY COLEMAN, | : | |
| Defendant. | : | |

### JOINT MOTION TO CONTINUE VIOLATION OF SUPERVISED RELEASE HEARING

The government and the defense respectfully request that the Court continue the final supervised release hearing in this matter. In support of this motion the following is submitted:

1. Mr. Glenny Coleman faces a violation of supervised release based on allegations of new criminal conduct. A preliminary hearing found probable cause for the alleged violations.

2. A hearing on the final supervised release petition would entail calling at least three witnesses who would have to travel from outside of Delaware.

3. The government is currently investigating the offenses in the supervised release petition and matters related to that criminal conduct. It anticipates filing an indictment within four months.

4. In light of the pending investigation, it is difficult for Mr. Coleman to make the best legally sound judgment on how to proceed on the violations. However, it is expected that a hearing will not be necessary if the continuance is granted.

5. Both parties would urge that it is in the best interest of justice and judicial economy to continue this matter for four months.

WHEREFORE, for these reasons and any other such reasons as shall appear to the Court, the government and defense respectfully requests that this Court, in the interests of justice, continue the Violation of Supervised Release for four months.

        Respectfully Submitted,

        /s/_____
        Penny Marshall, Esquire
        Federal Public Defender
        704 King Street, Suite 110
        Wilmington, Delaware 19801

DATED:    May 31, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 94-53-KAJ |
| GLENNY GOLEMAN | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of Defendant's Motion for Continuance of Violation of Supervised Release Hearing is available for public viewing and downloading and was electronically delivered on May 31, 2006 to:

> Beth Moskow-Schnoll, Esquire
> Assistant U.S. Attorney
> 1007 Orange Street
> Suite 700, P.O. Box 2046
> Wilmington, DE   19899-2046

> /s/
> Penny Marshall, Esquire
> Federal Public Defender
> 704 King St., Suite 110
> Wilmington, Delaware   19801

DATED:      May 31, 2006