IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 94-53-KAJ |
| GLENNY COLEMAN, | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Joint Motion for Continuance of Violation of Supervised Release Hearing,

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, that Defendant Coleman's Violation hearing be rescheduled for _____ at _____ a.m./p.m.

 

_____
Honorable Kent A. Jordan
United States District Court