IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 94-53-KAJ |
| GLENNY COLEMAN, | : |
| Defendant. | : |

### ORDER

Having considered Defendant's Joint Motion for Continuance of Violation of Supervised Release Hearing,

**IT IS HEREBY ORDERED** this  31st  day of  May , 2006, that Defendant Coleman's Violation hearing be rescheduled for  Oct. 1, 2006  at  2:00  ~~a.m.~~/p.m.

Honorable Kent A. Jordan
United States District Court