IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 94-53-KAJ |
| GLENNY COLEMAN | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF VIOLATION OF SUPERVISED RELEASE HEARING**

Defendant, Glenny Coleman, by and through his undersigned counsel, Eleni Kousoulis, hereby moves this Court for an order continuing his violation of supervised release hearing in this case. In support of the motion, the defense submits as follows:

1. A violation of supervised release hearing is currently scheduled for October 6, 2006 at 2:00 p.m. in the above-captioned matter.

2. The basis for this alleged violation of supervised release are new criminal charges currently pending against Mr. Coleman. The case number for the new criminal charges is 06-89-KAJ.

3. Mr. Coleman requests that his violation of supervised release hearing be continued until after his pending case (06-89-KAJ), which form the basis of his alleged violation of supervised release, is resolved.

4. Assistant United States Attorney Beth Moskow-Schnoll, who is handling this case for the government, has no objection to the defense request for a continuance.

WHEREFORE, Mr. Coleman respectfully requests that his violation of supervised release hearing be continued until such time as the open criminal charges pending against him are resolved.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Defendant Glenny Coleman

Dated: September 25, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 94-53-KAJ |
| | : | |
| | : | |
| GLENNY COLEMAN, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of Defendant's Motion for Continuance of Violation of Supervised Hearing is available for public viewing and downloading and was electronically delivered on September 25, 2006, to:

> Beth Moskow-Schnoll, Esquire
> Assistant U.S. Attorney
> 1007 Orange Street
> Suite 700, P.O. Box 2046
> Wilmington, DE  19899-2046

/s/_____
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King St., Suite 110
Wilmington, Delaware  19801
Attorney for Defendant Glenny Coleman