IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 94-53-KAJ |
| GLENNY COLEMAN, | : | |
| Defendant. | : | |

## **ORDER**

In response to Mr. Coleman's Motion for Continuance of Violation of Supervised Release Hearing, this Court HEREBY ORDERS on this _____ day of _____, 2006, that Defendant's Violation of Supervised Release Hearing be continued until further notice.

_____
The Honorable Kent A. Jordan
United States District Court