IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


UNITED STATES OF AMERICA,                    :
                                             :
            Plaintiff,                       :
                                             :
    v.                                       :        Criminal Action No. 94-53-KAJ
                                             :
                                             :
GLENNY COLEMAN,                              :
                                             :
            Defendant.                       :


## ORDER

In response to Mr. Coleman's Motion for Continuance of Violation of Supervised Release Hearing, this Court HEREBY ORDERS on this ___26th___ day of ___Sept.___, 2006, that Defendant's Violation of Supervised Release Hearing be continued until further notice.


_____
The Honorable Kent A. Jordan
United States District Court