IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>GLENNY COLEMAN, III,   )<br>)<br>Defendant.   ) | Criminal Action No. 94-53 KAJ |

## O R D E R

At Wilmington, this 15th day of December, 2006,

IT IS HEREBY ORDERED this that a hearing on Defendant's revocation of supervised release shall be held to **March 19, 2007, at 4:30 p.m.** in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE