IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 94-053-SLR |
| ) | |
| GLENNY COLEMAN, III, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 16th day of January, 2007,

IT IS ORDERED that the hearing to consider revocation of supervised release scheduled for **March 19, 2007** is **cancelled** and **rescheduled** to commence on **Thursday, April 5, 2007** at **4:30 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____<br>
United States District Judge