AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| GLENNY COLEMAN, III | |

Case Number: 1:94-CR-053-001-SLR

USM Number: 03231-015

Eleni Kousoulis, Esquire
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) Mandatory Condition of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | While on supervised release the defendant shall not commit another Federal, state or local crime. | 12/14/2006 |
| | | |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 5528

Defendant's Date of Birth: 1965

Defendant's Residence Address:

Claymont, DE

Defendant's Mailing Address:

same as above

06/07/2007
Date of Imposition of Judgment

_(signature)_
Signature of Judge

The Honorable Sue L. Robinson, Chief U.S. District Judge-Delaware
Name and Title of Judge

6/15/07
Date

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment

| | |
|---|---|
| DEFENDANT: GLENNY COLEMAN, III | Judgment Page 2 of 2 |
| CASE NUMBER: 1:94-CR-053-001-SLR | |

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:**

33 months, to run consecutively with the sentence imposed in Crim. No. 1:06-89-001-SLR, and the current term of supervised release is revoked with no term of supervised release to follow.

☐ **The court makes the following recommendations to the Bureau of Prisons:**


☒ **The defendant is remanded to the custody of the United States Marshal.**

☐ **The defendant shall surrender to the United States Marshal for this district:**

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL