AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| GLENNY COLEMAN, III | |
| | Case Number: 1:94-CR-053-001-SLR |
| | USM Number: 03231-015 |
| | Eleni Kousoulis, Esquire |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) Mandatory Condition ___ of the term of supervision.

☐ was found in violation of condition(s) ___ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | While on supervised release the defendant shall not commit another Federal, state or local crime. | 12/14/2006 |
| | | |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 5528

Defendant's Date of Birth: 1965

Defendant's Residence Address:

Claymont, DE

Defendant's Mailing Address:

same as above

06/07/2007
Date of Imposition of Judgment

_Signature of Judge_

The Honorable Sue L. Robinson, Chief U.S. District Judge-Delaware
Name and Title of Judge

6/15/07
Date

2008 APR 14  AM 10:41
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment

DEFENDANT: GLENNY COLEMAN, III
CASE NUMBER: 1:94-CR-053-001-SLR

Judgment Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

33 months, to run consecutively with the sentence imposed in Crim. No. 1:06-89-001-SLR, and the current term of supervised release is revoked with no term of supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered  12-28-07  to  FCI

a  LR  with a certified copy of this judgment.

CERTIFIED: 6-15-07
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk

By _____
UNITED STATES MARSHAL

DEPUTY UNITED STATES MARSHAL